UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHANNA BLEEKER,                    :
                                    :      Civil No. 1:20-CV-00177
                    Plaintiff,      :
        v.                          :      Hon. Ray Kent
                                    :      United States Magistrate Judge
ANDREW SAUL,                        :
Commissioner of                     :
Social Security,                    :
                                    :
                    Defendant.      :

JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff,

reversing the Commissioner's final decision and remanding this matter to the Commissioner for

further proceedings pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g).

Date:      November 9, 2020

                                    _____
                                            /s/ Ray Kent
                                    Ray Kent
                                    United States Magistrate Judge